No. 597. Retail Clerks International Association, Local No. 560, et al. v. J. J. Newberry Co. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is granted. The judgment of the Supreme Court of Idaho is reversed. *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468; *Garner* v. *Teamsters Union,* 346 U. S. 485.

*S. G. Lippman, Joseph E. Finley* and *Clarence M. Beck* for appellants. *Lemuel Skidmore* for appellee.

No. 312, October Term, 1955. United States v. Ohio Power Co., 350 U. S. 862, 919, 351 U. S. 980. On petition for rehearing. The Ohio Power Company is requested to file a response to the petition for rehearing in this case within 15 days. Mr. Justice Brennan took no part in the consideration or decision of this petition.

No. 396, Misc. Gordon v. Texas. Appeal from the Court of Criminal Appeals of Texas. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *B. R. Stewart* for appellant.

No. 20, Misc. Favors v. Coiner, Acting Warden. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Appeals of West Virginia granted. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *Fred H. Caplan,* Assistant Attorney General, for respondent.